5239RULW7.1/5239KLSESERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English(CE9890)
75 Maiden Lane, Suite 402
New York, New York  10038-4816
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELANESE LTD., CELANESE CHEMICAL EUROPE GmbH, and CELANESE CHEMICALS SA (PTY) LTD., <br><br> Plaintiffs, <br><br> - v. - <br><br> M/V STOLT HELLULAND, her engines, tackle, apparel, etc., <u>in rem</u>, <br><br> -and against- <br><br> STOLT HELLULAND B.V., STOLT-NIELSEN TRANSPORTATION, THE STOLT TANKERS, STOLT TANKERS, INC., STOLT-NIELSEN TRANSPORTATION GROUP B.V., STOLT-NIELSEN TRANSPORTATION, INC., a subsidiary of STOLT-NIELSEN, S.A., STOLT PARCEL TANKERS DIVISION, <u>in personas</u>, <br><br> Defendants. | 07 Civ. ( ) <br><br> RULE 7.1 STATEMENT |



JUDGE SULLIVAN

07 CIV 8478

RECEIVED OCT 01 2007 U.S. S.D.N.Y. CASHIERS

   Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for plaintiffs certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

        CELANESE CORP.

1

Dated:  New York, New York
         September 28, 2007

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Plaintiffs
CELANESE LTD., CELANESE CHEMICAL EUROPE GmbH, and CELANESE CHEMICALS SA (PTY) LTD.,

By: *[signature]*
Craig S. English (CE9890)
75 Maiden Lane, Suite 402
New York, New York  10038-4816
Telephone:  212-430-0800