5239DISMISSAL/5239KLSESERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English (CE9890)
75 Maiden Lane, Suite 402
New York, New York  10038-4816
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CELANESE LTD., CELANESE CHEMICAL EUROPE GmbH, and CELANESE CHEMICALS SA (PTY) LTD., <br><br> Plaintiffs, <br><br> - v. - <br><br> M/V STOLT HELLULAND, her engines, tackle, apparel, etc., in rem, <br><br> -and against- <br><br> STOLT HELLULAND B.V., STOLT-NIELSEN TRANSPORTATION, THE STOLT TANKERS, STOLT TANKERS, INC., STOLT-NIELSEN TRANSPORTATION GROUP B.V., STOLT-NIELSEN TRANSPORTATION, INC., a subsidiary of STOLT-NIELSEN, S.A., STOLT PARCEL TANKERS DIVISION, in personas, <br><br> Defendants. | 07 Civ. 8478 (RJS) <br><br> NOTICE OF VOLUNTARY DISMISSAL |

---

      Plaintiffs, Celanese Ltd., Celanese Chemical Europe GmbH, and Celanese Chemicals SA (Pty) Ltd., hereby give notice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, no answer or summary judgment motion having been filed by

1

defendants, that plaintiff hereby voluntarily dismisses this action.

Dated:  New York, New York         KENNEDY LILLIS SCHMIDT & ENGLISH
        October 11, 2007           Attorneys for Plaintiffs

                              By: _____
                                   Craig S. English (CE9890)
                                   75 Maiden Lane, Suite 402
                                   New York, New York  10038-4816
                                   Telephone:  212-430-0800


SO ORDERED:                        Dated:  New York, New York
                                           October 19, 2007

_____
Richard J. Sullivan
United States District Judge

2